JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE M.I.B. GROUP, LLC, <br><br> Plaintiff <br><br> vs. <br><br> STEVEN R. AGUILAR, and MIB-SHIELD LLC, <br><br> Defendants. | CASE NO.: <br> 5:23-cv-1597-SVW-SHK <br><br> JUDGMENT |

Judgment is entered for Plaintiff and against Defendants, pursuant to the Court's order dated July 16, 2024.

DATE: July 16, 2024

STEPHEN V. WILSON, U.S. DISTRICT JUDGE